

ORIGINAL

FILED

07/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0195

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0195

IN RE THE MARRIAGE OF:

TIFFANEY GRIGG,

      Petitioner and Appellee,

and

PETER GRIGG,

      Respondent and Appellant.

FILED

JUL 0 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on June 29, 2021, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

IT IS HEREBY ORDERED that Appellant's opening brief be returned for revisions necessary to comply with the Montana Rules of Appellate Procedure. In particular, Appellant's brief must:

1. Include in the cover page, pursuant to Rule 11(6)(b), (iii) and (v):
   a. The title of this Court;
   b. the court and name of the judge in the case from which you are appealing;
   c. the names, mailing addresses, telephone, fax numbers, and email addresses (if any) of the respective counsel for the parties or for the parties if they are proceeding without counsel;
   d. The title of the document being filed, such as "Appellant's Opening Brief."

2. Include contents set forth in Rule 12(1). The brief should contain:
   a. A *statement of issues presented for review*. The statement of the issues are questions that tell the Court what mistake(s) the district court made (*Appellant's brief on appeal is not an opportunity to retry the case that was before the district court. Rather, Appellant must assert the errors the district court made, if any.*);

b. A summary of the argument you will make to the Court;

c. A statement of the facts relevant to the issues presented for review, *with references to the pages or the parts of the record at which material facts appear*;

    i. You may not rely on any facts that the district court did not have before it. Therefore, the brief must include references to the record on appeal—for example, Transcript, p. 231; Judgment, p. 3; or Motion for Summary Judgment, p. 2—pursuant to Rule 12(9);

d. A state of the standard of review as to each issue raised, together with a citation of authority;

e. *An argument containing the Appellant's contentions with respect to the issues presented.*

3. Include a signed certificate of compliance, pursuant to Rule 11(4)(e), that states that the document's line spacing is proportionally spaced; the text is double spaced; and the calculated word count, which can be determined by page length (not to exceed 30 pages).

Therefore,

IT IS ORDERED that the signed original and nine copies of the referenced brief be returned for revisions necessary to comply with the specified Rules; the Court will make the additional nine copies;

IT IS FURTHER ORDERED that a *signed original* of the revised brief ordered herein be filed within **twenty (20)** days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to mail a true copy of this Order, together with all copies of Appellant's brief referenced herein, to Appellant and to mail a true copy of this Order to all counsel and/or parties upon whom the brief was served, and to provide a copy of the *Civil Handbook* to Appellant.

DATED this 2 day of July, 2021.

For the Court,

By _____

Justice